FILED 09 OCT '24 11:40 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

<span style="color:red">**SEALED**</span>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00389-SI |
| v. | **INDICTMENT** |
| **DIEDRICH HOLGATE,** | 18 U.S.C. § 875(c)<br>18 U.S.C. § 871(a) |
| **Defendant.** | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

1.     At all times relevant to this Indictment:

a.  The White House of the United States maintained a publicly accessible website which allowed members of the public to submit a message to the White House through the internet, an instrumentality of interstate commerce.

b.  X Corp., formerly known as Twitter, maintained a publicly accessible website which allowed X Corp. users to post messages visible to other X Corp. members through the internet, an instrumentality of interstate commerce.

2.     Since on or about January 22, 2021, **DIEDRICH HOLGATE** sent and caused to be transmitted through the internet approximately 4 messages to the White House via an online portal.

**Indictment**                                                                                           **Page 1**

3.      Since on or about January 22, 2021, **DIEDRICH HOLGATE** sent and caused to be transmitted through the internet approximately 22 posts on X Corp to or about presidents or former presidents. In approximately 18 of the posts, **DIEDRICH HOLGATE** stated that he has the right to kill the president, or words to that effect.

4.      Since on or about January 22,2021, **DIEDRICH HOLGATE** called and caused to be transmitted though telecommunications infrastructure approximately 11 messages to the United States Secret Service (USSS), to include the undermentioned instances.

5.      On June 23, 2024, **DIEDRICH HOLGATE** called the USSS Washington Field Office and stated, "I have the right to kill the president...I will kill everyone... The president is going to die... I don't care if it is Trump or Biden... I will hang everyone for treason."

6.      On August 12, 2024, a USSS special agent spoke to **DIEDRICH HOLGATE** in response to his threatening behavior, discussed his behavior, and informed him that it was illegal to threaten the President of the United States.

7.      On August 28, 2024, **DIEDRICH HOLGATE** called the USSS Washington Field Office and stated, "I'm going to fucking kill everybody." When asked who he wanted to kill, he stated "POTUS, FLOTUS, and SCOTUS... I have the right to kill the president. I want to kill you. I'm going to kill you. The president better fucking call me soon, or he's going to die. I'm going to kill the president if this shit keeps up. I will hang his ass for treason if this shit keeps up."

8.  On or about September 7, 2024, **DIEDRICH HOLGATE** called the USSS Miami field office and stated, "I'm going to kill the president."

Indictment                                                                                  Page 2

9.      From 2004 to 2006, **DIEDRICH HOLGATE** was employed at the business of Adult Victim 1 (AV1), located in Texas. AV1 terminated **DIEDRICH HOLGATE's** employment in approximately 2006. AV1 continues to work at the business located in Texas but has not had contact with **DIEDRICH HOLGATE** since his termination.

10.     On or about July 06, 2024, within the District of Oregon, defendant **DIEDRICH HOLGATE,** called AV1, located in the State of Texas, using telecommunications infrastructure. **DIEDRICH HOLGATE** left a message for AV1 stating:

> Hey [AV1], It's Diedrich Holgate. Remember me? I'm going to fucking kill you. I got the right to fucking kill the president and I'm going to fucking kill you. Do you understand that shit? Cause I'm coming for you. I'm in Oregon, you shut your cunt up but I'm coming for you. I'm gunna fucking hang ya for all the fucking shit that you did. All the rashes I got from your fucking job, all the disrespect I got, I'm going to fucking kill you.

11.     When AV1 heard the voicemail from **DIEDRICH HOLGATE**, he reported it to law enforcement.

## COUNT 1
### (Threat Against the President)
### (18 U.S.C. §871(a))

Paragraphs 1-8 of this Indictment are incorporated by reference as if set out herein.

On or about September 7, 2024 within the District of Oregon, defendant **DIEDRICH HOLGATE** did knowingly and willfully make a threat to take the life of and inflict bodily harm upon the President of the United States, to wit: "I'm going to kill the president;"

In violation of Title 18, United States Code, Section 871(a).

///

///

///

**Indictment**                                                                                      **Page 3**

## COUNT 2
### (Interstate Communications with a Threat to Injure)
### (18 U.S.C. § 875(c))

Paragraphs 9-11 of this Indictment are incorporated by reference as if set out herein.

On or about July 06, 2024, within the District of Oregon, defendant **DIEDRICH HOLGATE** did knowingly and willfully transmit in interstate commerce a communication to AV1, and the communication contained a threat, to wit: "I'm going to fucking kill you;"

In violation of Title 18, United States Code, Section 875(c).

Dated: October 8, 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

**Indictment**

**Page 4**