AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    3:24CR00389-1 SI |
| | ) | |
| | ) | |
| | ) | |
| Diedrich Holgate | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Diedrich Holgate                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  *See attached "Petition for Warrant"*

Date:    March 9, 2026

_____
*Issuing officer's signature*

City and state:    Portland, Oregon

Michael H. Simon, U.S. District Court Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/10/2026, and the person was arrested on *(date)* 03/10/2026

at *(city and state)* Portland, Oregon.

Date: 03/10/2026

_____
*Arresting officer's signature*

Mathew Diamond DUSM
*Printed name and title*